**Order entered January 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00930-CR

**ALICE ANNETTE STEELE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F08-45120-M**

## ORDER

The Court **REINSTATES** the appeal.

On January 13, 2014, we ordered the trial court to make findings regarding why the clerk's and reporter's records have not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel; (3) counsel made timely requests for preparation of the records; (4) Belinda Baraka is the court reporter who recorded the proceedings; (5) Ms. Baraka's explanation for the delay in filing the record is her workload; (6) Ms. Baraka stated she could file the record within thirty days of the January 21, 2014 findings; and (7) the clerk's record can be filed within thirty days of the January 21, 2014 findings.

We received the clerk's record on January 23, 2014.

We **ORDER** court reporter Belinda Baraka to file the reporter's record by **FEBRUARY 20, 2014**.  No further extensions will be granted.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Belinda Baraka, official court reporter, 194th Judicial District Court, and to counsel for all parties.


/s/     DAVID EVANS
           JUSTICE